UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FAIR HOUSING CENTER OF
WASHTENAW COUNTY, INC.,

                              Case No. 09-12815
        Plaintiff,         Hon. Sean F. Cox

vs

ACME INVESTMENTS, INC., and
LAURIE COURTNEY,

        Defendant.
_____/

## ORDER OF CONSOLIDATION

To promote convenience and judicial economy, to avoid unnecessary costs and delay, and pursuant to the stipulation of the parties, the Court orders the consolidation of separate cases pursuant to Federal Rule of Civil Procedure 42(a), which provides:

> When actions involving a common question of law or fact are pending before this Court, It may order a joint hearing or trial of any or all the matters in issue in the actions; it may order all of the actions consolidated; and it may make such orders concerning proceedings therein as may tend to avoid unnecessary costs or delay.

**IT IS THEREFORE ORDERED** that the following case 09-12815 is consolidated with civil number 10-10853 for all purposes, including trial.

**IT IS FURTHER ORDERED** that **all subsequent papers filed after the date of this order shall be entered on civil number 09-12815**.

**IT IS FURTHER ORDERED** that civil number 10-10853 is hereby closed for

administrative purposes.

                      S/Sean F. Cox
                      Sean F. Cox
                      United States District Judge

Dated: April 2, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 2, 2010, by electronic and/or ordinary mail.

                      S/Jennifer Hernandez
                      Case Manager